No. 1295. EL PUEBLO, APELADO, *v.* DÍAZ, APELANTE.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª.. Noviembre 14, 1918. *Confirmada la sentencia apelada, pero modificándola en el sentido de declarar culpable al acusado de acometimiento y agresión simple y condenándolo a pagar una multa de $30 o en su defecto a cumplir un día de cárcel por cada dollar que dejare de satisfacer.*

---

No. 1298. EL PUEBLO, APELADO, *v.* RODRÍGUEZ ET AL., APELANTES.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Noviembre 14, 1918. *Confirmada la· sentencia apelada.*

---

No. 1297. EL PUEBLO, APELADO, *v.* BARROSO, APELANTE.—Acometimiento y agresión con circunstancias agravantes. San Juan, Sección 2ª. Noviembre 15, 1918. *Confirmada la sentencia apelada.*

---

No. 1300. EL PUEBLO, APELADO, *v.* OLIVERAS, APELANTE.—Adulteración de leche. San Juan, Sección 2ª. Noviembre 15, 1918. *Confirmada la sentencia apelada.*

---

No. 1304. EL PUEBLO, APELADO, *v.* PARRA, APELANTE.—Abuso de confianza. San Juan, Sección 2ª. Noviembre 19, 1918. *Confirmada la sentencia apelada, pero modificándola en el sentido de que el acusado deberá cumplir un día de cárcel por cada dollar de multa que dejare de satisfacer, no excediendo la prisión de 90 días.*